Kevin R. McCarthy, VSB No. 14273
McCarthy & White, PLLC
1751 Pinnacle Drive, Suite 1115
McLean, VA 22102
703-770-9261
krm@mccarthywhite.com
Attorneys for Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

```
************************************
In re:                              *
                                    *
ALFAKHRI A. HMOUD                   *    Case No. 13-14677-BFK
                                    *    (Chapter 7)
            Debtor(s).              *
************************************
```

ORDER DIRECTING DEBTOR TO TURN OVER
INFORMATION AND DOCUMENTS TO TRUSTEE

Upon consideration of the Trustee's Motion To Direct Debtor To Turn Over Information And Documents To Trustee, and any response thereto, it is

ORDERED that the Motion be and hereby is GRANTED, and the Debtor Alfakhri A. Hmoud is directed to turn over to the Trustee within ten days of entry of this Order the following information and documents relating to loan repayments he made during the one-year period before his bankruptcy petition on October 16, 2013 from funds received (or after the receipt of such funds) in his workers' compensation award in <u>Hmoud v. Starbucks Coffee Company and American Zurich Ins.</u>, Virginia Workers' Compensation Commission File No. 00000274296 ("the Workers' Compensation Case"):

1) name, address, nature of relationship, phone number, amounts, and payment dates for any person or entity to whom the total amount of such loan repayments exceeded $10,000;

2) all written communications from the Debtor or the loan payee concerning the loans or loan repayments, all loan documents, and all cancelled checks and other written evidence of such loan repayments;

3) details of the Debtor's relationship with any such person who is not a relative, including length of relationship, nature of relationship, reasons why the loan was made, and reasons why the loan was repaid to such person as opposed to the creditors listed in his Schedules;

4) all written and oral terms of the subject loans;

5) details of all previous loan transactions between the Debtor and any such person or entity, including dates, amounts, loan terms, and repayments;

6) details, to the extent known, about the assets, liabilities, and salaries or wages of any such person or entity.

Dated: _____          _____
                                       Brian F. Kenney
                                       U.S. Bankruptcy Judge

I ask for this:


/s/Kevin R. McCarthy
Kevin R. McCarthy, VSB 14273
McCarthy & White, PLLC
1751 Pinnacle Drive – Suite 1115
McLean, VA 22102
703-770-9261
krm@mccarthywhite.com
Attorneys for the Trustee

Local Rule 9022-1(C) Certification

    The foregoing Order was endorsed by all necessary parties or served upon all necessary parties as indicated in the Certificate of Service attached to the Motion, pursuant to Local Rule 9022-1(C).

                                         /s/ Kevin R. McCarthy
                                         Kevin R. McCarthy
                                         Attorney for the Trustee

PARTIES TO RECEIVE COPIES

all registered ecf participants who have appeared in this case

Alfakhri A. Hmoud
1075 S. Jefferson Street, Apt. 401
Arlington, VA 22204

Scott R. Sexauer, Esq.
10521 Judicial Drive, Suite 200
Fairfax, VA 22030